

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00074-CV

CHARLESA FLATTEN, KYLE JACOB FLATTEN, AND/OR ALL OCCUPANTS OF 996 EDDINGTON ROAD, MARSHALL, TEXAS 75672, Appellants

V.

SECRETARY OF THE U.S. DEPARTMENT OF VETERANS AFFAIRS, AN OFFICER OF THE UNITED STATES, Appellee

On Appeal from the County Court at Law
Harrison County, Texas
Trial Court No. 2023-11550-CCL

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

# MEMORANDUM OPINION

Appellants Charlesa Flatten, Kyle Jacob Flatten, and/or all occupants of 996 Eddington Road, Marshall, Texas, proceeding pro se, filed a notice of appeal in this matter on September 27, 2023. Appellants are not indigent and are, thus, responsible for payment of the fees related to preparation of the appellate record. *See* TEX. R. APP. P. 20.1, 35.3(a)(2), (b)(3), 37.3(b), (c). The appellate record in this appeal was due to be filed on or before November 27, 2023. When neither the clerk's nor reporter's records were filed by November 27, the clerk of this Court sent a late record notice to Appellants, informing them that they had until December 21, 2023, to cure the defects and warning them that, if the defects were not cured, this appeal would be subject to dismissal for want of prosecution. After receiving payment from the Appellants, the court reporter filed the reporter's record on December 13, 2023. The trial court clerk did not receive payment from the Appellants and, as a result, did not file the clerk's record. We conclude that the clerk's record was not filed due to the fault of Appellants. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

Jeff Rambin
Justice

Date Submitted:     January 5, 2024
Date Decided:       January 8, 2024

2